**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**WILLIE JOE WARREN**                                                          **PLAINTIFF**

**v.**                                                          **No. 1:26-cv-72-RPC-RP**

**WINSTON CHOCTAW COUNTY REGIONAL
CORRECTIONAL FACILITY , et al.**                              **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO SUBMIT
COMPLAINT USING THE ENCLOSED STANDARD FORM;
ALSO REQUIRING PLAINTIFF TO COMPLETE AND RETURN
*IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE**

**Willie Joe Warren** has submitted a document that the court construes as a *pro se* prisoner

complaint filed under 42 U.S.C. § 1983.   The plaintiff has not, however, used the court's standard form

for such complaints; nor has he paid the filing fee or requested to proceed as a pauper. The court uses

these forms for the expeditious administration of § 1983 cases.

Therefore, it is **ORDERED:**

(1) The plaintiff must complete and return the enclosed form within 21 days.

(2) That within 21 days plaintiff is directed to fill out the enclosed application for *in
forma pauperis*, complete the authorization for release and have the authorized officer
responsible for overseeing his prison account fill out the certificate of account, and
mail to the Clerk's Office.

Plaintiff is warned that his failure to comply with the requirements of this order may lead to the

dismissal of his complaint for failure to prosecute and for failure to comply with an order of the court.

**SO ORDERED**, this, the 7th day of May, 2026.

/s/ Roy Percy
**UNITED STATES MAGISTRATE JUDGE**